

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00374-CR

DEWEY CHARLES BEHRENS                            APPELLANT

V.

THE STATE OF TEXAS                                      STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Dewey Charles Behrens filed a notice of appeal from the trial court's pretrial order denying his special plea of double jeopardy. The State filed a motion to dismiss the appeal, arguing that we lack jurisdiction. We do not have jurisdiction over an interlocutory appeal from the denial of a special plea of double jeopardy. *Ex parte Apolinar*, 820 S.W.2d 792, 793–94 (Tex. Crim. App. 1991); *White v. State*, No. 02-11-00015-CR, 2011 WL 582665, at *1 (Tex. App.—

---

[1]*See* Tex. R. App. P. 47.4.

Fort Worth Feb. 17, 2011, no pet.) (mem. op., not designated for publication) ("While a criminal defendant may file a special plea in order to assert a claim of former jeopardy, . . . there is no statutory provision which grants us jurisdiction to review the denial of a special plea before a final judgment has been rendered."). Accordingly, we grant the State's motion to dismiss and dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  March 1, 2012